United States District Court
Northern District of New York

| | | |
|---|---|---|
| JOSHUA MICHAEL LIVINGSTON,<br>      *Plaintiff*, | ) ) ) | Case No. 5:22-cv-01180-GTS-ML |
| v. | ) ) | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br>      *Defendant*. | ) ) ) ) ) | Stipulation – Document Filed Electronically |

## Parties' Stipulation for Remand

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Joshua Michael Livingston, |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman,<br>United States Attorney<br>Northern District of New York | |
| */s/ Candace Brown Casey*<br>Candace Brown Casey<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Blvd<br>Baltimore, MD 21235<br>(212) 264-2438<br>candace.m.brown.casey@ssa.gov | */s/ Howard D. Olinsky*<br>Howard D. Olinsky<br>Olinsky Law Group<br>250 S. Clinton Street, Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

IT IS SO ORDERED:

Glenn T. Suddaby
U.S. District Judge

Dated: 5/12/23
Syracuse, NY