**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| JOSHUA MICHAEL LIVINGSTON, | ) | Case No. 5:22-cv-01180-GTS-ML |
|     *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | **CONSENT ORDER AWARDING** |
| Acting Commissioner | ) | **ATTORNEY'S FEES UNDER THE** |
| of Social Security, | ) | **EQUAL ACCESS TO JUSTICE ACT** |
|     *Defendant*. | ) | **(EAJA), 28 U.S.C. § 2412(d)** |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff be awarded fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of $6,061.45 (six thousand and sixty-one dollars and forty-five cents). Such award is made in full satisfaction of any claim for fees, costs, and other expenses pursuant to the EAJA.

It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, and provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

AND, the Court having reviewed this matter,

IT IS on this  29th  day of  August , 2023;

ORDERED that Plaintiff be allowed said award under the Equal Access to Justice Act.

                                                       Glenn T. Suddaby
                                                       U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Joshua Michael Livingston, |
| By Her Attorneys, | By His Attorney, |
| Carla B. Freedman,<br>United States Attorney<br>Northern District of New York | |
| By: */s/ Candace Brown Casey*<br>Candace Brown Casey<br>Special Assistant United States Attorney<br>Office of Program Litigation, Office 2<br>Office of the General Counsel<br>Social Security Administration<br>6401 Security Blvd<br>Baltimore, MD 21235<br>(212) 264-2438<br>candace.m.brown.casey@ssa.gov | Howard D. Olinsky<br>Olinsky Law Group<br>250 S. Clinton Street, Suite 210<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |